IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-CR-30025-MJR |
| ) | |
| JAMES CARTER, ) | |
| ) | |
| Defendant. ) | |

**ORDER FINDING NO THIRD-PARTY INTERESTS**
**(FINAL ORDER OF FORFEITURE)**

**REAGAN, Chief Judge:**

On February 2, 2018, this Court entered a Preliminary Order of Forfeiture (Doc. 40) against Defendant James Carter for the following property which had been seized from him:

**A Raven .25 caliber firearm, serial number 380467, and any and all ammunition contained therein.**

The Order provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. 853(n)(1).

Notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning April 02, 2018 and ending May 01, 2018. No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

The Court hereby finds, pursuant to 21 U.S.C. 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order filed on February 2, 2018, (Doc. 40) namely:

**A Raven .25 caliber firearm, serial number 380467, and any and all ammunition contained therein.**

The United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall dispose of the property according to law.

IT IS SO ORDERED.

DATED AUGUST 1, 2018.

> s/ *Michael J. Reagan*
> MICHAEL J. REAGAN
> United States District Judge